IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AMY JO FILLMORE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>    Defendant. | Civil Action No. 7:11-CV-52 (HL) |

### ORDER

The Recommendation (Doc. 18) of United States Magistrate Judge Thomas Q. Langstaff is before the Court. Judge Langstaff recommends that the Commissioner's decision be affirmed pursuant to Sentence Four of § 405(g).

Plaintiff has filed objections to the Recommendation. The Court has reviewed the objections and Recommendation, and after careful consideration, the Court finds that the Recommendation should be accepted and adopted. The objections are overruled.

**SO ORDERED**, this the 7th day of August, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh